**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-6056**

---

ROGER KEITH LUNSFORD,

> Plaintiff - Appellant,

v.

UNITED STATES DEPARTMENT OF JUSTICE; UNITED STATES ATTORNEY'S OFFICE, for the Middle District of North Carolina; FEDERAL BUREAU OF INVESTIGATION, Charlotte, North Carolina and Greensboro, North Carolina Field Offices,

> Defendants - Appellees.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  N. Carlton Tilley, Jr., Senior District Judge.  (1:21-cv-00523-NCT-JLW)

---

Submitted:  December 5, 2024                     Decided:  December 9, 2024

---

Before GREGORY and RICHARDSON, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Roger Keith Lunsford, Appellant Pro Se.  Joan Brodish Childs, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roger Keith Lunsford appeals the district court's order accepting the magistrate judge's recommendation and granting summary judgment to Defendants in Lunsford's action filed pursuant to the Freedom of Information Act, 5 U.S.C. § 552. We have reviewed the record and find no reversible error. Accordingly, we deny Lunsford's motion for injunctive relief, and we affirm the district court's order. *Lunsford v. U.S. Dep't of Just.*, No. 1:21-cv-00523-NCT-JLW (M.D.N.C. Dec. 15, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*